**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6342**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TODARIAN DONDRELL MARTIN,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., District Judge. (1:16-cr-00335-WO-1; 1:19-cv-01087-WO-LPA)

Submitted: June 18, 2020                           Decided: June 23, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Todarian Dondrell Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todarian Dondrell Martin seeks to appeal from the magistrate judge's report and recommendation that Martin's letter be filed as a 28 U.S.C. § 2255 (2018) motion and dismissed as successive and unauthorized. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The report and recommendation Martin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*